UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana Corporation and GREAT NORTHERN INSURANCE COMPANY, an Indiana Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHERN LITHOPLATE, INC., SPECTRATECH INTERNATIONAL, INC., and SAM T. ADAMS, <br><br> Defendants. | 5:12-cv-00793-F |
| SOUTHERN LITHOPLATE, INC., SPECTRATECH INTERNATIONAL, INC., and SAM T. ADAMS, <br><br> Counterclaim and Third-Party Plaintiffs, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, GREAT NORTHERN INSURANCE COMPANY, ARROWOOD INDEMNITY COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, and TRAVELERS INSURANCE COMPANY, <br><br> Counterclaim and Third-Party Defendants. |  |

## ORDER

Upon consideration of Third-Party Plaintiff's Motion to Substitute Parties, it is hereby

ORDERED that:

1. The Phoenix Insurance Company and The Travelers Indemnity Company are substituted for named Third-Party Defendant Travelers Insurance Company;

2. Wausau Underwriters Insurance Company, Wausau Business Insurance Company and Liberty Insurance Corporation are substituted for named Third-Party Defendant Liberty Mutual Insurance Company;

3. The Motion to Dismiss (Doc. 47) and supporting Memorandum of Law (Doc. 48) filed by the named Third-Party Defendant Liberty Mutual Insurance Company shall be deemed filed by Wausau Underwriters Insurance Company, Wausau Business Insurance Company and Liberty Insurance Corporation with no need to file any additional or other pleadings in response to this substitution of parties; and

4. The style of this case is to be revised to reflect the substitution of parties effectuated herein.

SO ORDERED this 10th day of May, 2013.

_____
JAMES C. FOX
Senior United States District Judge